## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Criminal No. 97-CR-141-001** |
| **WAYNE CALDWELL** | : | |

### PRAECIPE TO SATISFY FINANCIAL JUDGMENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA AT PHILADELPHIA:

Please mark as satisfied the criminal monetary penalties portion of the criminal

judgment entered in the above-captioned case.  This Praecipe applies only to any special

assessment, restitution, and criminal fine obligation entered against the above-named

defendant.

LOUIS D. LAPPEN
United States Attorney

LAUREN R. BAER
Assistant United States Attorney
Pennsylvania Bar Id. No. 307042
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8200

Date: 1/18/18

Rev. 3/24/2015